IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLORADO

Civil Action No.: 1:19-cv-03344-KLM

ANNA BARBER, Derivatively on Behalf of Nominal Defendant FARMLAND PARTNERS INC.,

        Plaintiff,

  v.

PAUL A. PITTMAN,
LUCA FABBRI,
CHRIS A. DOWNEY,
JAY B. BARTELS,
JOSEPH W. GLAUBER,
JOHN A. GOOD,
ROBERT L. COWAN,
DARELL D. SARFF,
JOHN C. CONRAD,
THOMAS S.T. GIMBEL,
D. DIXON BOARDMAN,

        Defendants,

  and

FARMLAND PARTNERS INC.,

        Nominal Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

DATED: June 25, 2021          s/ Rusty E. Glenn
                              Rusty E. Glenn
                              SHUMAN, GLENN & STECKER
                              600 17th Street, Suite 2800 South
                              Denver, CO 80202
                              Telephone: (303) 861-3003
                              Facsimile: (303) 536-7849
                              Email: rusty@shumanlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2021, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the all registered participants.

/s/*Rusty E. Glenn*
Rusty E. Glenn